# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| LM INSURANCE CORPORATION, | ) | |
| | ) | No. 2:12-cv-01031-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| P.B. EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| P.B. EXPRESS, INC., | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DP JONES TRUCKING, LLC, *et al.*, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

  This matter is before the court following an answer to a third party complaint filed by third party defendant DP Jones Trucking, LLC. Plaintiff LM Insurance Corporation initiated this case by filing a complaint on April 16, 2012. On February 27, 2013, the court denied a motion to dismiss brought by defendant P.B. Express, Inc. Subsequently, on March 13, 2012, P.B. Express, Inc. filed an answer and third party complaint against various third party defendants, including DP Jones Trucking, LLC. On April 2, 2013, DP Jones Trucking, LLC filed an answer to the third party complaint.

  "[I]t is well settled that a corporation must be represented by an attorney in federal court." In re Tamojira, Inc., 20 F. App'x 133, 133-34 (4th Cir. 2001); see also Days Inn Worldwide, Inc. v. JBS, Inc., No. 08-1771, 2010 WL 625391, *2 (D.S.C. Feb.

1

19, 2010) ("It is well-settled that a corporation may not represent itself."); Renaissance Enters., Inc. v. Summit Teleservices, Inc., 515 S.E.2d 257, 258 (S.C. 1999) (holding that a "non-lawyer cannot represent a corporation in circuit or appellate courts").

The answer provided by third party defendant DP Jones Trucking, LLC is signed by David P. Jones and was not prepared through counsel. Because a corporation may not represent itself in federal court, DP Jones Trucking, LLC must obtain counsel to defend against the third party complaint. See Days Inn Worldwide, No. 08-1771, 2010 WL 625391, at *2.

The court hereby **STRIKES** DP Jones Trucking, LLC's answer and **ORDERS** that it retain counsel within 45 days or risk being placed in default.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**April 10, 2013**
**Charleston, South Carolina**